**FILED**

January 19, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____David Cano_____

DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: COURT DOCKET MANAGEMENT   §
                                         §

FOR AUSTIN DIVISION                       §

## ORDER

In accordance with the authority vested in the United States Magistrate Judge pursuant to Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrates, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, **IT IS ORDERED** that, for cases assigned to the RP and DII dockets, the following matters shall be **REFERRED** to a United States Magistrate Judge for the Austin Division, allocated pursuant to the Clerk of the Court's standard procedure, for the types of actions listed below:

1. All cases brought pursuant to 28 U.S.C. §§ 2241, 2254 (excluding cases in which a sentence of death was imposed), and 2255 (excluding cases in which a sentence of death was imposed), cases brought by federal prisoners and detainees challenging conditions of confinement, cases brought by prisoners pursuant to 42 U.S.C. § 1983, and cases seeking judicial review of social security decisions shall be assigned to a United States Magistrate Judge for the Austin Division for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A), and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).

2. Any case in which application to proceed in forma pauperis has been made, other than a case described in paragraph (1) above, shall be referred to a United States Magistrate Judge for the Austin Division for disposition of the application to proceed in forma pauperis, disposition of any motion for appointment of counsel, and for a prompt recommendation as to whether the case should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e). Upon completion of the above tasks, the Magistrate Judge shall return the case to the district court for further proceedings.

Additionally, for cases assigned to the RP and DII dockets, **IT IS ORDERED** that holding the initial pretrial conference, and any subsequent conferences as necessary, in a civil or

1

miscellaneous matter is **REFERRED** to the United States Magistrate Judge assigned to the case, to United States Magistrate Judge Derek Gilliland for Waco patent cases assigned to RP or DII, or as otherwise directed by the undersigned. To that end, a United States Magistrate Judge may schedule initial pretrial conferences, enter orders regarding proposed scheduling orders, and enter other nondispositive or case management orders to effectuate initial pretrial conferences in civil and miscellaneous cases. The referral ends after the scheduling order has been entered.

This Order supersedes all prior Orders of this Court regarding the above-referenced matters for the Austin Division.

**SIGNED** on January 19, 2024.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE