IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

February 27, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___Christian Rodriguez___

DEPUTY

| | | |
|---|---|---|
| JINGU LI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-434-RP |
| | § | |
| ROSE THOMPSON, *in her official capacity as* | § | |
| *Warden of the Karnes County Immigration* | § | |
| *Processing Center,* et al., | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner Jingui Li's ("Petitioner") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2243. (Dkt. 1). The Court will transfer Petitioner's case to the San Antonio Division.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). "Under the transfer statute, a district court may transfer a case upon a motion or sua sponte. The district court has broad discretion in deciding whether to order a transfer." *Caldwell v. Palmetto State Sav. Bank of S.C.*, 811 F.2d 916, 919 (5th Cir. 1987) (citing 28 U.S.C. §§ 1404, 1406). Per Local Rule CV-3(b)(3) of the Western District of Texas, Section 2241 habeas petitions "must be filed in the division that includes the county in which the petitioner is in custody."

Upon review of Petitioner's filings, the Court finds facts demonstrating that this case is connected to the San Antonio Division of the Western District of Texas. Petitioner alleges that she "appeared for a routine check-in at an ICE office as required. Rather than permitting her to complete her check-in and return home, ICE agents arrested her and placed her in detention. She is currently detained at Karnes County Immigration Processing Center." (Pet., Dkt. 1, at 2). The

1

Karnes County Immigration Processing Center is in Karnes County, which is in the San Antonio Division of this District—supporting transfer to that division. *See Garibay-Robledo v. Noem*, No. 3:25-CV-2461-L-BN, 2025 WL 2638672, at *2 (N.D. Tex. Sept. 12, 2025) (transferring § 2241 petition from Dallas Division to Abilene Division where petitioner was physically detained).  Further, Petitioner's immediate custodians are the two respondents in San Antonio: Miguel Vergara, the Acting Field Director of the San Antonio Field Office for ICE, and Rose Thompson, the Warden of the Karnes County Immigration Processing Center where Petitioner is being held. (*Id.* at 4); *see* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").

Given the connections of this case to San Antonio Division of this District and for the convenience of the parties and witnesses and in the interest of justice, **IT IS ORDERED** that this action is **TRANSFERRED** to the San Antonio Division of the Western District of Texas.

**SIGNED** on February 27, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE